Steven **PYETT, Thomas O'Connell, and Michael Phillips, Plaintiffs–Appellees**

v.

**PENNSYLVANIA BUILDING COMPANY, 14 Penn Plaza, LLC, and Temco Service Industries, Inc., Defendants–Appellants.**

**Nos. 06–3047–cv(L), 06–3106–cv (CON).**

United States Court of Appeals, Second Circuit.

July 16, 2009.

Jeffrey L. Kreisberg, Kreisberg & Maitland, LLP, New York, NY, for Appellee.

Paul Salvatore, (Daniel Halem, Brian Rauch, on the brief) Proskauer Rose LLP, New York, NY, for Appellant.

PRESENT: JOSÉ A. CABRANES, REENA RAGGI, Circuit Judges, and EDWARD R. KORMAN, Judge.*

**SUMMARY ORDER**

After our decision in *Pyett v. Pa. Bldg. Co.,* 498 F.3d 88 (2d Cir.2007), defendants

* The Hon. Edward R. Korman, of the United States District Court for the Eastern District, sitting by designation.

petitioned the Supreme Court for a writ of certiorari. The Supreme Court granted the writ of certiorari, *14 Penn Plaza, LLC v. Pyett*, —— U.S. ——, 128 S.Ct. 1223, 170 L.Ed.2d 57 (2008), and then reversed the decision of this Court. *14 Penn Plaza, LLC v. Pyett*, —— U.S. ——, 129 S.Ct. 1456, 173 L.Ed.2d 398 (2009).

We now **VACATE** the judgment of the District Court and **REMAND** for further proceedings consistent with the opinion of the Supreme Court.